UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAKISHA PERRY,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 2:22-cv-00888-LK<br><br>ORDER OF DISMISSAL |

  This matter comes before the Court on the parties' Stipulated Motion to Dismiss. Dkt. No. 39. Pursuant to the parties' stipulation, this case is dismissed with prejudice and without court-ordered fees or costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

  Dated this 10th day of June, 2024

                        *Lauren King*
                        Lauren King
                        United States District Judge

ORDER OF DISMISSAL - 1